3:23-cv-569

**FILED**
JUN 20 2023
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

8th admendment claim Against Nurse Roberta, Nurse Jaime in their Individual capacity

Nurse Roberta, Jaime with held neccessary medical care for my serious medical condition (Severe Atopic Dermatitis, Eczema Herpeticum) Both nurses had personal involvement in denying me this needed medication (Dupixent Injection from 5·5·22 to 1·1·23 and as A result I suffered pain in the form of dry cracked skin, bleeding Burning, inflamed skin, rashes, itchyness, sleepness nights, and it affected my daily life activities and substantial pain, elevated blood pressure and mental anguish. Both nurses acted with deliberate Indifference and with a culpable state of mind when they denied me medical care. I have a serious medical need that has been diagnosed by several physicians mandating treatment. I insist that said nurses was deliberate Indifferent to my serious medical condition by 1. implementing a less Efficacious medical regimen

2. By preventing me from recieving the reccommeded treatment Light therapy treatment, Dupixent Injection - See complaint

3. By delaying and denying necessary medical treatment for non-medical reasons. From 5·5·22 to about 1·1·2023 I was denied because of cost for the Dupixent Injection and as a result of their failure to provide this medication my skin became dry, cracked, inflamed, bleeding, burning, and worseing on skin condition

Medical Records showed both nurses my skin condition was repeatedly diagnosed and treated by several physicians and other medical professionals over the last 6 years,

Holloway skin condition revealed raised bumps, skin discoloration on Holloway, legs, Arms, chest, back that the obviuuness of my skin condition would lead a lay person to recognize that a Doctor attention was needed.

Holloway has a severe medical condition (severe Atopic Derm Eczema, Herpeticum, Holloway argues that nurse Roberta, and nurse Jaime @e knew I faced a substantial Risk of Harm (if said medication was not provided in a timely fashion, and they disregarded that risk by failing to take reasonable measures to abate it.

Additional Claim for relief: Defendant Holloway ask this Honorable to have wellpath, and emplays to refund the money he spent on medication for the Injection shot from 5-5-22 to 1-1-23, because medical provider refused to pay for this medication when defendant first arrived at county jail. and they denied inmate this medication based on the cost $1700 per injection, 2 Injection by month equal $3400 per month, and by their denial I went without this medication and suffered extreme pain

Due process claim against Nurse Roberta, Nurse Jaime in their Individual capacity- for failing to provide medication and knew of Risk if medication was not provided to defendant.