UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| RAYSHAWN ANTHONY HOLLOWAY, | |
| Plaintiff, | |
| v. | CAUSE NO. 3:23-CV-569-JD-MGG |
| ROBERTA, et al., | |
| Defendants. | |

ORDER

Rayshawn Anthony Holloway, a prisoner without a lawyer, filed an unsigned letter without a case number containing allegations of constitutionally inadequate medical care against Nurse Roberta and Nurse Jaime at the St. Joseph County Jail. Federal Rule of Civil Procedure 11(a) requires all filings be signed for the court to consider them. The court could have Holloway correct this deficiency. However, these allegations duplicate the allegations Holloway made against these defendants (and others) in *Holloway v. Redman*, No. 3:23-cv-278-RLM-MGG (N.D. Ind. filed Apr. 7, 2023). It is unnecessary to proceed on the same claims against the same defendants in two separate lawsuits, and therefore, it would be futile to have Holloway return a signed complaint. This case will be dismissed as duplicative.[1] *See McReynolds v. Merrill Lynch & Co.*, 694 F.3d 873, 888 (7th Cir. 2012) ("The district court has broad discretion to dismiss

---

[1] Holloway may have intended to file this letter in his other case, rather than opening a new lawsuit. He is advised that all filings intended for existing cases must contain a caption that contains the parties' names and the case number, like the one at the top of this page.

a complaint for reasons of wise judicial administration whenever it is duplicative of a parallel action already pending in another federal court." (quotation marks and ellipsis omitted)).

For these reasons, the court DISMISSES this case WITHOUT PREJUDICE as duplicative and DIRECTS the clerk to close this case

SO ORDERED on July 3, 2023

/s/ Jon E. DeGuilio
CHIEF JUDGE
UNITED STATES DISTRICT COURT