# UNITED STATES DISTRICT COURT

for the
Northern District of Indiana

RAYSHAWN ANTHONY HOLLOWAY

Plaintiff

v.

Civil Action No.  3:23-cv-569

ROBERTA
*Nurse, in their individual capacity*

JAIME
*Nurse, in their individual capacity*

Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____
recover from the defendant _____ the amount of_____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

_X_ Other:  This case is DISMISSED WITHOUT PREJUDICE as duplicative.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has
rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was
reached.

_X_ decided by Chief Judge Jon E. DeGuilio

DATE: 7/5/2023                          CHANDA J. BERTA, CLERK OF COURT


by   s/ S. Jarrell_____
*Signature of Clerk or Deputy Clerk*